IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO.: 4:09cv504-RH/WCS

JOANNE BECKNELL,

    Plaintiff,

vs.

CITY OF TALLAHASSEE,

    Defendant.

_____/

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

Petitioner/Defendant, City of Tallahassee, (hereinafter "City"), by and through its undersigned attorney and pursuant to 28 U.S.C. §§1441, 1443, 1446, and 1343 and Local Rule 7.2, hereby gives its Notice of Removal of an action pending in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, to the United States District Court of the Northern District of Florida, Tallahassee Division, the district and division in which this action is presently pending, and in support of its Notice, provides the following statement as grounds for removal:

    1.    Petitioner, City of Tallahassee, is the only defendant in a civil action brought against it in the Second Judicial Circuit Court in and for Leon County, Florida styled <u>Joanne Becknell v. City of Tallahassee</u>, Case No. 09-CA-4692. Copies of the Complaint and Notice of Filing Notice of Removal in that action are

attached and made a part of this Notice as Exhibits "A" and "B", respectively. The Complaint was served upon the City on December 16, 2009, and this Notice of Removal is filed within 30 days from Petitioner's receipt of the Complaint as required by 28 U.S.C. §1446(b).

2. Plaintiff has brought this action for gender discrimination and retaliation pursuant to federal statues 42 U.S.C. §2000e et. seq. and 42 U.S.C. §1981a Title VII, and under Florida Statutes, Chapter 760.

3. This is a civil action brought in a state court over which the United States District Court has original jurisdiction pursuant to 42 U.S.C. §2000e et seq. and 42 U.S.C. §1981a, and which may be promptly removed under 28 U.S.C. §§ 1441(b) and (c) and 1443.

4. Exhibits "A" and "B" constitute copies of all pleadings, records, and proceedings filed in the state court.

5. Written notice of filing of this Notice of Removal has been served on Plaintiff and a copy of this Notice of Removal has, on this date, been forwarded to and will be filed with the Clerk of the Second Judicial Circuit in and for Leon County, Florida.

WHEREFORE, Petitioner/Defendant City of Tallahassee respectfully requests that the referenced action now pending against it in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, be removed from there to this Court.

Dated this 17th day of December 2009.

Respectfully submitted,

*[signature]*

Hetal H. Desai
Assistant City Attorney
FBN: 050938
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, Florida 32301
(850) 891-8554/ Fax 891-8973
desaih@talgov.com
**ATTORNEY FOR DEFENDANT
CITY OF TALLAHASSEE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U. S. Mail to MARIE MATTOX, ESQ., Attorney for Plaintiff, at 310 E. Bradford Street, Tallahassee, Florida 32303 this 17th day of December 2009.

*[signature]*

Hetal H. Desai

3